LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 29, 2024

The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  United States v. Eliesha Murray
      24 MJ 752

Dear Judge Cave:

    By this letter motion I respectfully seek a modification of bail in this case, to permit the Defendant to attend a family event.

    Mr. Murray was arrested on February 21, 2024 and released later that day on a $75,000 Recognizance Bond with a home detention condition. He is in compliance with his bail conditions. Mr. Murray seeks to attend his daughter's 2d Grade graduation ceremony, to take place on May 31 at the Bronx public school she attends. AUSA Michael Herman and Pretrial Services Officer Jonathan Lettieri have no opposition to the motion.

    I therefore respectfully that the Court grant Mr. Murray permission. His location and itinerary will be provided to Pretrial in advance.

Application GRANTED.  Mr. Murray may attend his daughter's graduation on May 31, 2024.  He should contact his Pretrial Services officer on his return to his residence following the graduation.  The Court congratulates Mr. Murray and his daughter on this happy milestone.

Respectfully,

*/s/ David Wikstrom*

David Wikstrom

SO ORDERED.

_____
USMJ 5/30/2024