**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

UNITED STATES OF AMERICA,

          - against -

ELIESHA MURRAY,

                    Defendant.

**24 Cr. 404 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    With the parties' consent, defendant Eliesha Murray's sentencing currently scheduled for September 13, 2024, is hereby adjourned until December 6, 2024, at 1:00 p.m. The deadline for the Probation Department's final Presentence Investigation Report is adjourned until October 18, 2024.

**SO ORDERED.**

Dated:    9 September 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.