LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024

December 2, 2024

The Honorable Vincent Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:  United States v. Eliesha Murray
            24 CR 404 (VM)

Dear Judge Marrero:

    By this letter motion I respectfully request a postponement of sentencing in this matter, from its current date, December 6, 2024, to January 3, 2025 at 10:00 a.m. Assistant United States Attorney Michael Herman consents to the application.

    The additional time is necessary to permit me to complete my sentencing submission, preparation of which has been delayed by delayed receipt of subpoenaed material from the NYS Department of Mental Health. I am also awaiting attachments to the submission from the Defendant's family.

    Accordingly, I respectfully request that the Court adjourn Mr. Murray's sentence to January 3, 2025.

                                  Respectfully,

                                  David Wikstrom



Request **GRANTED.**
The Court hereby adjourns sentencing in this matter until January 3, 2025, at 10:00am.

**SO ORDERED.**
3 December 2024
DATE                     VICTOR MARRERO, U.S.D.J.