USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

ELIESHA MURRAY,

                    Defendant.

**24 Cr. 404 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

With the parties' consent, defendant Eliesha Murray's sentencing currently scheduled for January 3, 2025, is hereby adjourned until February 7, 2025, at 10:00 a.m.

**SO ORDERED.**

Dated:    16 December 2024
            New York, New York

_____
                    Victor Marrero
                       U.S.D.J.