USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ELIESHA MURRAY,

                Defendant.

**24 Cr. 404 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On February 12, 2025, the parties requested until February 21, 2025, to propose redactions to the sentencing transcript. (See Dkt. No. 36.) On February 14, 2025, the Court granted the request. (See Dkt. No. 37.) On February 20, 2025, the Defense submitted the parties' jointly proposed redactions to the Court. Accordingly, the Court hereby approves the proposed redactions and directs the parties to submit the proposed redactions to the Court Reporters for docketing. The Clerk of Court is directed to close the motion at Dkt. No. 36.

**SO ORDERED.**

Dated:    21 February 2025
             New York, New York

_____
Victor Marrero
U.S.D.J.