LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/25

February 21, 2025

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:  United States v. Eliesha Murray
        24 CR 404 (VM)

Dear Judge Marrero:

    By this letter motion I seek a modification of the conditions of Mr. Murray's bail, specifically to replace the home detention condition of his bond with a curfew condition, leaving in place GPS monitoring. Pretrial Services Officer Jonathan Lettieri consents to the application, and Assistant United States Attorney defers to Pretrial's position.

    Mr. Murray was arrested on February 21, 2024 and released later that day on a $75,000 Recognizance Bond with a home detention condition. He is compliant with his bail conditions. Mr. Murray seeks to expand the time he spends with his children in advance of his surrender date next month, and it would be easier for Pretrial to administer this by changing the location monitoring protocol of the bond from home detention to curfew. If the Court were to grant the application, the home detention provision of ¶ 7(p)(2) of the bond would be terminated, the Curfew condition of ¶ 7(p)(1) would imposed, and the GPS location monitor provision of ¶ 7(q)(4) would remain in effect. All other conditions would be unaffected.

    I therefore respectfully request that the Court grant the bail modification be granted, and that the switch to curfew—on a scheduled to be coordinated with Pretrial Services—be approved.

Respectfully,

David Wikstrom



Request GRANTED.
The Court hereby grants the Defense's request to modify the conditions of Mr. Murray's bail to replace the home detention condition with a curfew condition, leaving in place GPS monitoring and on a schedule to be coordinated with Pretrial Services.

SO ORDERED.
21 February 2025
DATE
VICTOR MARRERO, U.S.D.J.